# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOPEZ, | ) 1:07-cv- 00116-AWI-TAG HC |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) RECOMMENDATION (Doc. 7) |
| | ) |
| v. | ) ORDER GRANTING RESPONDENT'S |
| | ) MOTION TO DISMISS (Doc. 6) |
| | ) |
| JEFF WRIGLEY, et al., | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| | ) |
| Respondents. | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |
| | ) |

On January 22, 2007, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

On May 16, 2007, Respondent filed a motion to dismiss the petition as premature. (Doc. 6). On July 2, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed as premature. (Doc. 7). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, none of the parties has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed July 2, 2007 (Doc. 7), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 6), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED as PREMATURE; and,
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   July 26, 2007         /s/ Anthony W. Ishii
                               UNITED STATES DISTRICT JUDGE